UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

CARLOS CABAN
Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR- ( )( )

19 MAG. 1914

Defendant ___CARLOS CABAN___ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _✓_ teleconferencing:

_✓_ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

S/ by the Court with permission
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

CARLOS CABAN
Print Defendant's Name

___[signature]___
Defendant's Counsel's Signature

RICHARD B. LIND
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

April 29, 2021
Date

___[signature]___
U.S. District Judge/U.S. Magistrate Judge